# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAGE,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | Case No. CV 11-8667 DOC (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. Plaintiff filed no objections to the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

(1) The Report and Recommendation is approved and accepted;

(2) Judgment shall be entered granting Defendant's motion for summary judgment;

(3) Judgment shall be entered denying Plaintiff's motion for summary judgment; and

(4) Judgment shall be entered dismissing this action with prejudice.

///
///

1 | ///
2 | ///
3 |     IT IS FURTHER ORDERED THAT the Clerk serve copies of this Order and
4 | the Judgment on the parties.
5 |
6 | Dated: October 28, 2013

*David O. Carter*
_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2