1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAGE, | ) Case No. CV 11-8667 DOC (JCG) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants's motion for summary judgment is **GRANTED**, Plaintiff's motion for summary judgment is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**.

DATED: October 28, 2013

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE